AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DAVID WEBSTER,

        Petitioner,

        v.

JEFF UTTECHT,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-07-5024-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered on August 1, 2008 (Ct. Rec. 87), Petitioner's Third Amended Petition Under 28 U.S.C. 2254 for Writ of Habeas Corpus By a Person in State Custody (Ct. Rec. 39) is DENIED and judgment is entered in favor of Respondent.

August 1, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas